UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; SPORTSMAN MUSIC; CARL PERKINS MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; PAUL SIMON MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; EMI BLACKWOOD MUSIC, INC.; SONY/ATV SONGS LLC; DON COOK MUSIC; SHOWBILLY MUSIC; BUFFALO PRAIRIE SONGS; TOKECO TUNES; SONGS OF UNIVERSAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE LIANZA BENTLEY, individually and d/b/a LONGBRANCH LOUNGE a/k/a, LONGBRANCH SALOON, <br><br> Defendant. | CIVIL ACTION NO.: 5:16-cv-394-XR |

## Declaration of Arthur Gollwitzer III

I, Arthur Gollwitzer III, state the following, of which I have personal knowledge:

1. I am an adult resident of the State of Texas and am an attorney for the Plaintiffs in the above-captioned matter.

2. I am a partner in the law firm of Michael Best & Friedrich LLP, and I am lead

counsel for all Plaintiffs in this action. I have been an attorney for over 22 years, practicing patent, copyright, and trademark law for much of that time. My hourly rate is $590 per hour which is at or below customary billing rates for attorneys with comparable experience in intellectual property disputes. I have been assisted on this matter by my colleague Patricia Jennes. Ms. Jennes has been an associate in my firm for four years. Her hourly rate is $280 per hour.

3.   In this case, my firm is representing Plaintiffs based on a task-based, flat-fee schedule under which pre-negotiated legal fees are billed based on tasks required to prosecute this action. To date, Plaintiffs have incurred attorneys' fees and costs in the amount of $14,900.00 in line with that flat-fee schedule, which includes $400.00 as costs for the case filing fee.

Pursuant 28 U.S.C. §1746, I declare under penalty of perjury, that the foregoing statements are true and correct.

Date: October 24, 2016

*[signature]*
Arthur Gollwitzer III